21097. TANNER GROCERY COMPANY *v.* LANGLEY.

BLOODWORTH, J. The motion for a new trial in this case, in addition to the general grounds, consists of certain special grounds, each of which complains that the court erred in the excerpt from the charge quoted therein. In none of these excerpts is there error requiring the grant of a new trial. There is ample evidence to support the verdict, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 12, 1931.

*Boykin & Boykin,* for plaintiff.
*Beall & Beall, Walter Matthews,* for defendant.